J-S27025-26

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| TYREEK B. WOOD | : | |
| | : | |
| Appellant | : | No. 3009 EDA 2025 |

Appeal from the Judgment of Sentence Entered November 13, 2025
In the Court of Common Pleas of Delaware County Criminal Division at
No(s): CP-23-CR-0002235-2024

BEFORE:  BOWES, J., OLSON, J., and McLAUGHLIN, J.

CONCURRING/DISSENTING MEMORANDUM BY McLAUGHLIN, J.:

**FILED AUGUST 7, 2026**

I join the majority memorandum except for footnote one.